UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-10-473 |
| | § | |
| ISAI VINALAY | § | |

## ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

ORDERED that Ignacio Lopez-Gomez and Martin Ramos-Sanchez, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this 21st day of May, 2010.

UNITED STATES MAGISTRATE JUDGE